UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs

ANTHONY JOSEPH SIMONELLI

Case Number. 2:02-cr-94-FtM-38

USM Number: 70214-053

George Ellis Summers, Jr. , AFPD
Suite 301
1514 Broadway
Ft Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to the following violation of a special condition: Failure to comply with the imposed curfew. Accordingly, the court has adjudicated that the defendant is guilty of the violation charge number:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Violation of Supervised Release, Failure to comply with Court imposed curfew | September 27, 2014 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

February 18, 2014

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

February 20, 2014

[

ANTHONY JOSEPH SIMONELLI
2:02-cr-94-FtM-38

## SUPERVISED RELEASE – REIMPOSED

The Defendant's original term of Supervised Release shall be **REINSTATED** with all the previously imposed terms and conditions to apply including the original termination date of October 14, 2015.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 4/09) Judgment in a Criminal Case